LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DUSTIN, | No. EDCV 09-1782 JCG |
| Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) subject to the terms of the stipulation.

DATE: May 27, 2011  _____

HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE